**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO ANTONIO NUNEZ-RAMOS, ) | NO. ED CV 17-2057-DMG(E) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO SHOW CAUSE |
| ) | |
| CYNTHIA ENTZEL, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff filed a Complaint on October 6, 2017, and paid the filing fee. It appears that proper service of the Summons and Complaint has not been made on any Defendant. Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, it is ordered that, within thirty (30) days of the date of this Order, Plaintiff shall show cause, if there be any, why proper service was not made timely and why this case should not be dismissed without prejudice for failure to effect service and for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed under penalty of perjury.

///

Failure to file timely such a declaration may result in the dismissal of this action.

DATED: January 30, 2018.

                                      /s/
                        CHARLES F. EICK
              UNITED STATES MAGISTRATE JUDGE