UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO NUNEZ-RAMOS,<br><br>             Plaintiff,<br><br>   v.<br><br>CYNTHIA ENTZEL, Warden, et al.,<br><br>            Defendants. | NO. ED CV 17-2057-DMG(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 3, 2018

                                                                       /s/ Dolly M. Gee<br>
                                                            DOLLY M. GEE<br>
                                         UNITED STATES DISTRICT JUDGE